FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Cory Bernard Henry,<br>    Defendant. | NO.: 10-MJ-1462<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the WESTERN DISTRICT OF TENNESSEE for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1  based on _absence of information re: Δ's backgrnd,_
2  _Comm. ties, employment, residency + bail resources_
3  _and nature of violation._
4  _____
5  and/or
6  B.  (✓) The defendant has not met his/her burden of establishing by
7  clear and convincing evidence that he/she is not likely to pose
8  a danger to the safety of any other person or the community if
9  released under 18 U.S.C. § 3142(b) or (c). This finding is based
10 on _prior crim. record and nature of current_
11 _violation._
12 _____
13 _____

14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 DATED: _June 16, 2010_

                                    _[signature]_
                              United States Magistrate Judge

Deten[2].ord                           2